AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 09 2007

JOHN F. CORCORAN, CLERK
BY: /s/ (Deputy Clerk)

UNITED STATES OF AMERICA
V.

MARCIA L. DAMERON

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: 707M362

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about 07/07/07 (Date) in FLOYD County, in the WESTERN District of VIRGINIA defendant(s) did,

*(Track Statutory Language of Offense)*

PUBLIC INTOXICATION

INTERFERING WITH AGENCY FUNCTIONS

in violation of Title 36 CFR United States Code, Section(s) 2.35(c), 2.32(a)(1).

I further state that I am a(n) U.S. PARK RANGER (Official Title) and that this complaint is based on the following facts: After Ranger Trainee Vance Noles had arrested a driver of a vehicle during a DUI checkpoint, I attempted to talk to the female passenger, Marcia L. Dameron. Dameron was visibly intoxicated, demonstrated by her glassy, bloodshot eyes, strong odor of an alcoholic beverage on and about her person, and speech so slurred that I had difficulty understanding her. She was found to be unable to operate the vehicle, and then refused to exit the vehicle.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No
(ON BACK)

/s/ Ryan S. Park  07/09/07
Signature of Complainant

RYAN S. PARK
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 9, 2007
Date

at ROANOKE VIRGINIA
City / State

GLEN E. CONRAD
U.S. DISTRICT COURT
Name of Judge / Title of Judge

/s/ Glen E. Conrad
Signature of Judge

CONT.

After refusing to exit numerous times, she was removed by Ranger Jon Holter and myself. She was consequently arrested for public intoxication and interfering with agency functions.